1  HUMBERTO GUIZAR SBN: 125769
   LAW OFFICES OF HUMBERTO GUIZAR
2  3500 West Beverly Blvd.
   Montebello, California 90640
3  Telephone: (323) 725-1151
   Facsimile : (323) 725-0350
4
5  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, State Bar No. 144074
6  Melanie T. Partow, State Bar No. 254843
   21800 Burbank Boulevard, Suite 310
7  Woodland Hills, California 91367
   (818) 347-3333 - Telephone
8  (818) 347-4118 - Facsimile

9  *Attorneys for Plaintiff*

10

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

| 14 | RUTH PEREZ,                                      | **CASE NO. 10-5836 ABC (Ex)**           |
|----|--------------------------------------------------|------------------------------------------|
| 15 |              Plaintiff,                          | [*Honorable Audrey B. Collins*]          |
| 16 |              v.                                  | **PLAINTIFF'S AMENDED WITNESS LIST**     |
| 17 | COUNTY OF LOS ANGELES; DEPUTY                    |                                          |
| 18 | ADAM KIRSTE[Identification Number                | Date:   March 26, 2012                   |
| 19 | [459092], an individual; and DOES 1              | Time:   11:00 a.m.                       |
|    | through 10, inclusive,                           | Dept.:  680                              |
| 20 |              Defendants                          |                                          |

21
22
23
24
25
26
27
28

1.   **Ruth Perez**

2.   **Deputy Adam Kirste**

3.   **Deputy Salvadore Picaerella**

5.   **Fernando Vasquez**

7.   **Natalie Neuman**

12.  **Ti Jo Tsay, M.D.**

10.  **Paul Howard Woodworth, M.D.**

**11.**  **Delores Milagro Ramos, M.D.**

36.  **Julie Mendoza** (Custodian of Records for Medical Records)

37.  **Custodian of Records for Billing Records**

   Kaiser Health Plan Government Reporting Unit

   Parson East-2nd Floor

   Pasadena, CA 91109

4.   Felis Vargas*

6.   Hermengildo, C*.

7.   Daniel K. Tiktin*

8.   Deputy Nicole Zonver*

9.   Alexander Ming-Ray Lin, MD*

13.  Gary Gochman, M.D.*

15.  Amy Locker, PA*

18.  Laurie Renee Smith, M.D.*

22.  Dr. Mahoney*

32.  Frank Clifford Soto, M.D.*

38.  Gloria D. Morales*

   Kaiser Health Plan Government Reporting Analyst

   (626) 381-3780

1   Plaintiff reserves the right to add or supplement this list.

2

3   Dated: February 21, 2012            LAW OFFICES OF DALE K. GALIPO

4                                        LAW OFFICES OF HUMBERTO GUIZAR

5

6            s/ Melanie T. Partow
   _____
7   Dale K. Galipo
    Melanie T. Partow
8   Attorney for Plaintiff